IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARKEL RAY MORGAIN, | ) | No. C 10-05377 EJD (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| BRENDA M. CASH, Warden, | ) | |
| Respondent. | ) | |

For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

The Clerk shall close the file.

DATED: 10/17/2012

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.10\Morgain05377_judgment.wpd
Judgment

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL RAY MORGAIN,<br><br>         Petitioner,<br><br>   v.<br><br>BRENDA M. CASH, Warden,<br><br>         Respondent.                              / | Case Number: CV10-05377 EJD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  10/17/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Markel Ray Morgain G-16401
CA State Prison-Los Angeles County
P.O. Box 8457
Lancaster, CA 93539-8457

Dated:   10/17/2012

Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk